NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-3041

CHARLES D. ADAMS,

Petitioner,

v.

DEPARTMENT OF DEFENSE,

Respondent.

Petition for review of the Merit Systems Protection Board in DC0752090620-I-1.

ON MOTION

ORDER

Charles D. Adams moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

DEC 1 0 2009
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Charles D. Adams
     Robert C. Bigler, Esq.
s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 1 0 2009

JAN HORBALY
CLERK